# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED

SEP 1 6 2016

U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

Micah D. Mowen ,

)
)
)
)

Plaintiff

)

vs.

)

David L. Clague
Lou Glossip
Brad Abernathy
Mike Funk

)
)
)
)
)
)
)
)
)
)

Defendant(s)

)

Case No. 16-4193
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

### COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☒  Unknown _if any are covered_ _____

---

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: Micah D. Mowen

Prison Identification Number: 30010

Current address: Knox County Jail 152 S. Kellogg st Galesburg, IL 61401

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: David L. Clague

Current Job Title: Knox Co. Sherrif

Current Work Address 152 S Kellogg st Galesburg, IL 61401

Defendant #2:

Full Name: Lou Glossip

Current Job Title: Knox Co. Jail Administrator

Current Work Address 152 S Kellogg st. Galesburg, IL 61401

Defendant #3:

Full Name: Brad Abernathy

2

Current Job Title: _Cheif of Operations Knox Co. Jail_

Current Work Address _152 S. Kellogg St._
_Galesburg, IL 61401_

Defendant #4:

Full Name: _Mike Funk_

Current Job Title: _Jail and Detention standards unit_

Current Work Address _I.D.O.C., Jail & Detention standards,_
_unit 1301 Concordia Court, Box 19277, Springfield, IL 62794-_
_9277_

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☐        No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐        No ☒

3

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number
   _____

   2. Basic claim made _____

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

     Yes ☒ No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed? Yes ☒ No ☐

4

On may 6th 2016 while serving my sentence at Knox County Jail while in David L. Clagues custody I was sexually assaulted by a staff member while working as a trustee in the Kitchen. The evening of May 6th 2016 I sent a letter out to Sheriff David L. Clague Telling him what happened and asking for help; I've never heard back from David L. Clague. Instead of help I was fired as a trustee by Administrator Lou Glossip and the only concern Lou Glossip showed was to call me into his office on 5-14-16 at aprox. 3pm and pleaded with me to tell my wife to stop calling outside Law enforcement for help for me in which; did. Also this is when I adimatly expessed my desire to file a formal complaint and that I wanted to press charges. Most violations expressed herein are in reguards to this.

Defendant
Offender Mike Funk

13th Amendment "Slavory Abolishment Violation ed enforcement"
in that Mike Funk in his athourity allowed Knox Co. Sheriff David L. Clague and his administration to Labor me to aproximatly 700 hours with a gain without compensation of any sort even when requested.

1st Amendment "Petition of Grievances" Violation in that Mike Funk in his authority allowed Knox Co. Jail Administration to

install and implement a digital paperless
grievance and request method on a Kiosk
in turn allowing Sheriff Clague and administrator
Glossip to deny copies of said documents
for my records and/or Legal use.

8th Amendment "Equal Protection" Violation
in that Mike Funk in his authority allowed
Knox Co. Jail Administration to not have protective
Survelance in the Area that I was Sexually
molested in the Knox Co. Jail Kitchen while
in Sheriff Clagues Custody on 5-6-2016.

Offender Defendant Sheriff David L. Clague
1st Amendment "Freedom of Press" Violation
in that David L. Clague in his authority has denied the
permiting of News papers and other press into Knox Co.
Jail; a facility under his Control thus dening me freedom of Press
1st Amendment "Petition of Grievance" Violation
in that David L. Clague allowed by his authority
a paperless grievance and request system be installed
and utilized in a facility under his Control where
I am incorcerated therefore denying me of copies
of said documents for my records and/or Legal use.
8th Amendment "Excessive Punishment" Violation
in that (cnt#) While in the custody of David L.
Clague I was allowed to be sexually assaulted

by Someone Contracted by David L. Clague. This has been extremely Excessive punishment on me.

(cnt 2) Being ignored and denied Due process has caused me to be under imence stress and Mental anguish for a very extended period since the assault date of may 6th 2016 without ever feeling safe + Secure while in David L. Clagues Custody therefore causing me to be Excessively Punished.

(cnt 3) David L. Clague in his authority has caused me to have extreme pain in my back, hipps, and shoulders as well as numchness in my extremities for extended periods all caused from being forced to be Locked down 38 hours out of 48 hours forceing me to either stand Idlely or Lay down on insafficiently padded concrete thus causcing me to be Excesiuly punished during the period of 3-12-16 to 8-30-16.

14th Amendment "Equal Protection" Violation

inthat David L. Clague in his authrity allowed me to be in a area without protective Survalance and in so allowed a Contracted staff person To molest me while in his custody in a facility under his direct Control on 5-6-16,

14th t/or 5th Amendment of Due Process Violation

in that (cnt I) Denied me my please + request To file formal charges against the person that Molested me on 5-6-16 in facility

under David L. Clagues direct control while I
was in his custody (cnt 2) David L. Clague in
his authority denied me my repeated requests for
a case number requarding the sexuall assault
on me in the facility under his direct control
while I was in his custody (cnt 3) David L. Clague
in his authority has denied me copies of grievances
and/or requests for my records and/or Legal us therefore
denied me of due process of Law

~~XXXXXXXXXXXXXXXXXXXXXXXXXX~~

<u>13th Amendment "Slavery Abolished Enforcement" Violation</u>
in that Sheriff David L. Clague in his authority
Labored me approximatly 700 hours between
3-27-16 <sup>to</sup> and 8-27-16 without any compensation
for my Labors in which the facility under David
L. Clagues direct control gained from my Labors
while in custody of David L. Clague therefore
useing me as a slave.

~~Defendant Offender Lou Glossip Administrator~~
<u>1st Amendment "Petition of Grievances" Violation</u>
in that (XXXX) Lou Glossip in his authority installed
a digital paperless grievance and request system
Kiosk and by making it a paperless system
denied me numerous requests for copies
<u>1st Amendment "Freedom of Press" Violation</u>
in that Lou Glossip in his authority has

denied the permiting of news papers and
other press Into the Knox Co. Jail where I am
in custody therefor denying me of freedom
of Press.

(cnt #) 5th and/or 14th Amendment "Due Process" Violation
in that Lou Glossip has prevented me from and denied
my desire and request to file formal charges on
the individual that sexually assaulted me on 5-6-16
while in custody at Knox Co. Jail thus violating me due process

(cnt2) Lou Glossip has denied my request and desire
to file a formal complaint in regaurds to the
molesting of me on 5-6-16 while incarcerated at K.C.J

(cnt3) Lou Glossip has repeadely denied
my requests for a case number regaurding the
assault against me on 5-6-16 while in custody
in the Knox Co. Jail where he is the Administrator

(cnt4) Lou Glossip in his administrative authority
has repetedly denied my request for grievance
and request copies for my records and/or legal use

8th Amendment "Excessive Punishment" Violation
in that (cnt #) Lou Glossip has put me on a 22
hour lock down for requesting copies of
grievances and/or requests regaurding the case
number in regaurds to the sexuall assault
against me on 5-6-16. while in castody
at the Knox Co. Jail thus being excessive Punishment

(cnt 2) Lou Glossip in his authority Fired me from trustee Status for comeing forward about being Sexually assaulted by a staff Member therefore goiveing me Excessive Punishment without cause.

(cnt 3) Lou Glossip in his authority allowed me to be sexually assaulted in the Knox Co. Jail where he is the administrator while I was in custody in said facility.

(cnt 4) Administrator Lou Glossip in his authority has kept me locked down for 38 hours out of 48 hours thus causeing extreme pain in my back, Hipps, Shoulders also causing numbness in my extremidies. this is caused from being forced to either stand Idley or Lay down on insufficiently padded concrete for extended periods. this has caused me to be excessively punished from 3-17-16 to 8-30-16.

(cnt 5) Lou Glossip in his authority has been very bias in all his dealings with me. this uncooperative dehumanized disdain has caused me imense mental anguish that has produced stress levels forcing me to shake uncontrolably at times as well as it has caused physical rashes on my body. this has been extremly Excessive punishment since I was Sexually assaulted on 5-6-16 while incarcerated in Knox Co. Jail.

(cnt 6) Lou Glossip allowed %o Gonzalas to threaten and taunt me that he poisoned my food on 6-14-16 with zit cream that had been a ongoing issue between Administrator Glossip and I. This was called a Jake and Glossip found there to be no violation of the officer. this caused me great stress and the feeling of constant fear when forced out of hunger to eat food officers delivered to my cell. this is extremely Excessive punishment to me.

(cnt 7) Lou Glossip allowed %o Cambell to Verbally taunt me saying I deserved more time and should not be allowed to go home on 5-26-16 at aproxamatly 10:15$^A$. Again Glossip found this to be in no violation of the officer thus. creating fear for my safety every wakeing hour. this is outragous Excessive Punishment.

<u>13th Amendment "Slavery Abolished Enforement" Vidation</u>

in that Lou Glossip in his authority Labored me aproximatly 700 hours between 3-27-16 and 8-27-16 for a gain to Knox Co. Jail where he is Administrator without any Compensation to me. My request for some compensation in the form of time off my sentence was denied with no other form of compensation offered thus Working me as a slave

(cnt=) 14th Amendment "Equal Protection" violation
in that Lou Glossip in his authority allowed on 5-26-16 &
6-14-16   his underling officers to taunt and threaten
me thus unpunished thus not giving me
equal protection. (cnt2) Lou Glossip in
his authority allowed me to be Sexually assalted
in a facility that he is Administrator in a
area that is not under protective survelance
thus not giving me "Equal Protection"

| Offender Defendant Brad Abernathy cheif of Operations |

5th and/or 14th Amendment "Due Process" Violation
in that Brad Abernathy in his authority ignored
therefore denied me my verbal desire to press
formal charges against the staff person
that molested me on 5-6-16. I made this
request on 5-12-16 in person in the Kitchen
office. At this time also Brad informed
me that the purpatrator had just passed the
test to get hired on at the Jail and didn't
want to ruin that afterward telling me I
had to go back to the pod & lockdown because
the purpatrator that molested me was comeing
back to work.
8th Amendment "Excessive Punishment" Violation
in that (cnt1) Brad Abernathy in his authority
Fired me as a trustee for

file formal charges against the individual
that sexually assaulted me in a facility
that he is cheif of operations thus not
giving me equal protection of law.

<u>13th Amendment "Slavery Abolished Enforcement"</u>

Violation in that Brad Abernathy in his authority
Labored me aproximatly 700 hours for
a gain to the facility that he is cheif of
Operations at without any compensation
to me. This caused me to Labor as a
Slave. This Slavary occured between 3-27-16
and 8-27-16.

/XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX/

The I.d. numbers of other grievances and/or
requests pertinant to this case but was refused from
obtaining off of the Kiosk are as follows below.
#'s 751, 155, 290, 189, 827, 917, 918, 945, 951, 290,
311, 354, 392, 711, 715, 716, 754, 827, 855, 856,
871, 917, 918, 952

On tuesday May 10th after no
response from the Letter I wrote to Sheriff
David Clague regarding the sexual assault
on me from the staff woman in the kitchen
I went into the kitchen office and told the
head Kitchen Lady Mrs. Anne what had happened
to me. At this time Mrs. Anne told me that
their has been other previous indescretions in
the same area between female staff and male
inmates but they (Jail Administers) refused to
put survelance in that Area for everyone's safety.
I have since Learned the names of the female
officers involved a on Jean Johnson which
is still employed here and a Jennifer Spear's (maiden name)
which was transfered to the Courthouse and was discharged
from there after a sexuall Harasment suit against
States Attorney John pepmeyer.

On ~~XXXXXX~~ 5-11-16 Mrs. Anne said
that Lou Glossip called her at home the evening of
5-10-16 and asked her to hold off informing her
employer (C.C.S.) because He (Lou Glossip) didnt
want it to go on the woman who assaulted me's
record.

On 5-26-16 is when I went to
sick call and expressed to the nurse

the pain in my shoulders, hipps, and back
as well as the numbness in my extremedies.
the Nurse said she would consult with a
doctor and get back with me without so much
a takeing my pulse, blood pressure, or offering
a advil. I have never as of 8-30-16 been
recalled for the issues. However did write
grievances of which i have included.
       this date of 5-26-16 is also the
day that %0 Cambell taunted me very hatefully
and in a threatening manner. I was standing
in the nurse's space while %0 Cambell Made
his threatening Verbal taunting against me.
the time was approx. 10:15$^A$

The 700 hours I was Labored as
a Slave during my incancenation occured
as follows. From 3-27-16 to 5-10-16 and
again from 6-3-16 to 8-27-16 when I was
told to serve breakfast and did so from 5:15$^{A.M.}$
To 6:45$^{A.M.}$ each of the mention clays within the
dates Above, And again from 3-27-16 TO
5-22-16 when I was told to prepare and searve
food meals & clean from 8:30$^{A.M.}$ to 5:30$^{P.M.}$
each of the clays in the time frame

mentioned. Non-Compliance of or refusal
to follow staff orders is a "Major Violation"
in the innate handbook therefor forcing
me to do my Coptors bidding. All this
forced uncompensated Slavory was to
again to Knox Co. Jail during my
incarcenation.

## RELIEF REQUESTED

(State what relief you want from the court.)

I will be Consulting with a attorney upon
my release on 9-9-16 to discuss desired relief
request. I am unsure of the releif options for the
damage done.

JURY DEMAND     Yes ☒     No ☐

Signed this _1st_ day of _September_, 20 _16_.

_(Signature of Plaintiff)_

| Name of Plaintiff: Micah D. Mowen | Inmate Identification Number:<br>Knox Co. Jail Sheriff I.d.<br>#30010 |
|---|---|
| Address: 152 S. Kellogg st.<br>Galesburg, Il 61401 | Telephone Number: message number<br>309-299-4660 |

Address after 9-9-16
is
115 Knox Rd 750 N.
Abingdon, IL 61410

8