*Equal protection*
~~Excessive~~

E-FILED
Friday, 16 September, 2016 04:55:05 PM
Clerk, U.S. District Court, ILCD

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _____ 623_____   Date Received 5/26/16  11³⁰

### To: Jail Administrator

Name: Micah Mowen

Date: 5-26-16

Pod and Cell Number: F-113

Nature of Grievance: Undue + unessasary Negative taunting
Causeing extra stess + strain. From C/o cambell
To my self.

Summary: In that C/o Cambell stated that
"I should have gotten more time" and my
time was "not long enough" Causing undue
stress for no other reason than to provoke
and taunt me. ~~both~~ Prejudical verbal provakation.
occurd apprx. 10:15 A.M. 5-26-16 @ Nurses
station.

We'll look into this.

⟨signature⟩ 5/29/16

# GENERAL REQUEST FORM

*This is <u>NOT</u> a medical request form or trustee application. For those requests, use appropriate form.*

Receiving Deputy's Name/ ID# _DBrott #846_     Date Received _6/5/16_

Date of Request: _6-5-16_     Inmate Name: _Micah Mowan_

Pod: _F_     Cell: _1/3_     Inmate Signature: _____

☐ e-Cigarette    $12.00   (circle one »)   Regular    Menthol

☐ Haircut    $15.00

☐ Other:

Requesting to Know the results of you
Lou Glossip "Looking into" c/o Campbell's
Prejudicial Verbal Provocation against/towards
me Causeing undue stress ~~xx xxxxx xx xxxxxxxxxx xx~~
~~xxx xxxxxx~~

*DO NOT WRITE BELOW THIS LINE*

RESPONSE:     Approved        Denied

I'VE LOOKED INTO IT. UNFOUNDED.

6/6/16

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# HAWKINS 891   Date Received 06-07-16

### To: Jail Administrator

Name: Micah Mccvenn

Date: 6/7/2016

Pod and Cell Number: F-113

Nature of Grievance: "Unfounded" finding

Summary: How did you look into % campbell's
slander against me?
What exactly did you do and the steps
you took to conclude this unfounded?
The only way this could be unfounded
is by calling me a liar. Are you calling
me a liar and in turn making a unfounded claim
you?

No, I DID NOT CALL YOU ANY NAMES. I INVESTIGATED YOUR
CLAIM AND FOUND THERE TO BE NO VIOLATION.

6/8/16

# Knox County Jail
## Grievance Form

**Deputy's Name and ID#** _Winn #864_          **Date Received** _6-12-16_

### To: Jail Administrator

**Name:** _Micah Morian_

**Date:** _6/12/16_

**Pod and Cell Number:** _F-113_

**Nature of Grievance:** _Taunting inmates for fun with no consequence._

OKAY.

_[signature]_ 6/13/16

**Summary:** In reguards to the verbal slander against me (by % Campbell). You You in my Last inquiry about this situation That You "Investigated my claim and found there to be no violation".

1. What exactly were the steps you took in your investigaition of my claim (As you call it.) that brought you to conclude there to be no violation?? Now I know there is a camera pointed to that particular spot surely since it's a secure door. Be sure that the footage from 3/20/16 @ appox 10:15 + is not destroyed as I will need a copy for use at a later date.

2. Since your response to my first grievance reguarding this was a finding you called "Unfounded" and your response To my second grievance reguarding This same issue yet again was that you found Their to be "no violation". It appears your finding indicates the complete acceptability of The slandering provocation from %'s To inmates in K.C.J.

*Excessive Punishment*

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _HAWKINS 84_    Date Received _05-22-16_

### To: Jail Administrator

Name: _Micah Mowen_

Date: _5/22/16_

Pod and Cell Number: _F-113_

Nature of Grievance: _Taken off of trustee list + Fired as Kitchen Trustee without cause. I have done nothing wrong and have been given no reasoning in the matter._

Summary: _The trustee list is at our discretion._

_5-23-16_

# Knox County Jail
## Grievance Form

Deputy's Name and ID# _____ On __ 623 _____ Date Received _5/26/16_ 0930

### To: Jail Administrator

Name: _Micah Mowen_

Date: _5-26-16_

Pod and Cell Number: _F-113_

Nature of Grievance: _your response To me being removed from trustee List_
_quote " the trustee List is at our discretion "_

ALREADY ANSWERED.  ~~~ 5/29/16

Summary:
_First of all who or what entity is "Our" ?_
_For this purpose I'll call "Our" your._

_Your discretion put me on the List and your_
_discretion allowed me to work in The Kitchen_
_for 57 days. Then your discretion took me_
_off the List with no infraction or meution but_
_I am the only one being punished for some_
_unknown reason that only your discretion_
_seems to be privy to. So if is blatently_
_clear that I aint being + have been dealt with_
_with predjudice, It appears it is only your_
_prejudicial opinion of me it the real reason for_
_my dismissal._

Due Process
Excessive Punishment
Equal protection

# Knox County Jail
## Grievance Form

Deputy's
Name and ID#_____    Date Received_____

### To: Jail Administrator

Name: _Micah Mowen_

Date: _5-25-16_

Pod and Cell Number: _F-113_

Nature of Grievance: _Refused, Denied right to, & Prevented from pressing formal charges from being Sexually assaulted on 3-6-2016_

Summary: _Aggrivated Criminal sexual assault, should be dealt with by a Judge & Jury not a Jail administrator or cheif or sherriff. Your cover-ups, will not slander my integrity. I am an American Citizen and wearing orange doesn't eliminate my right to be heard, Feel safe, and be protected by the same laws that have put me in here. My taxes pay for all of this the same as yours._

ALLEGED CRIMINAL ACTS ALWAYS START WITH A LAW

ENFORCEMENT AGENCY AND NEVER A JUDGE OR JURY

_5/29/16_

# Knox County Jail
## Grievance Form

**Deputy's**
**Name and ID#** _Bartlett #866_          **Date Received** _6/5/16_

### To: Jail Administrator

**Name:** _Micah Mower_

**Date:** _6/5/2016_

**Pod and Cell Number:** _F-113_

**Nature of Grievance:** 5th Amendment Violation, 8th Amendment Violation, 14th Amendment Violation.
I am not a irrational man but this is outragous by any standard.

**YOUR CASE WAS FORWARDED TO THE PROPER LAW ENFORCEMENT INVESTIGATIVE BODY.** 〜 6/6/16

**Summary:**
Lou Glossip when you chose to removed me from trustee status for doing absolutly nothing wrong + still have given no explaination + Allowing me to be sexually Assaulted without protection or reloi't you have forced cruel + unusual punishment upon me which violates my 8th Amendment.

Fireing me because a member of your staff sexually assaulted me and I come forward where you chose negative action against me from my private parts on my body being Molested causing Cruel + unusual punishment as well as deriving me of Life, Liberty without due process Violates my 8th + 5th Amendment.

You have done nothing about and have denied me my right of Due process To File charges and this Violates my 14th Amendment so blatantly.

I have not been a problem in this Facility + have not created any problems or havoc while serving my sentence. Your blatant disregard for my rights and/or Amendment as well as revoking my Privelage of haveing a Job has put me under extreme stess and mental Anguish as wellas put pain, fear and Disrespect in my heart. I deserve Justice and an explaination Lou. If would of happend to you or then how would you feel + maybe you would understand the Pain This has caused me to be Violated by someone in this position.

# GENERAL REQUEST FORM

*This is __NOT__ a medical request form or trustee application.  For those requests, use appropriate form.*

Receiving Deputy's Name/ ID# _Bratt #806_      Date Received _6/5/16_

Date of Request: _6-5-16_      Inmate Name: _Micah Mowen_

Pod: _F_      Cell: _113_      Inmate Signature: _[signature]_

☐ e-Cigarette      $12.00   (circle one ») Regular   Menthol

☐ Haircut      $15.00

☐ Other:

_Requesting any and all information pertinant to_
_The Aggrivated Criminal Sexual assault committed on/against_
_me on 5/6/16. Please send copies of aforementioned_
_material ie. Audio + Video interviews, Audio + Video from_
_kitchen, as well as the "Hidden video" footage that Sgt. Landers_
_indicated might have been in dry storage Area where The_
_Molestation against me occured, as well as any + all_
_other information regaurding this incident. Please send material +_
_the billing cost associated with the reproductions of these_
_Documents, footage, Audio with these copies To my home_
_@ 115 Knox Rd 750 N. Abingdon, IL 61410._

*DO NOT WRITE BELOW THIS LINE*

RESPONSE:      Approved      Denied

_You may submit a Freedom of Information request to the_
_Galesburg Public Safety Building._      _[signature] 6/6/16_

# Knox County Jail
## Grievance Form

**Deputy's**
**Name and ID#** HAWKINS 894        **Date Received** 06-07-16

### To: Jail Administrator

**Name:** Micah Macven

**Date:** 6/7/2016

**Pod and Cell Number:** F-113

**Nature of Grievance:** Vague sidestepping of responsibility and course of actions in reguards to the Assault against me that occured on 5/6/2016

**Summary:**
Who by specific name and/or title Forwarded The "Case"? JAIL ADMINISTRATOR GLOSSIP
And
Who by specific name and/or title did You (Andrew Glossip) Forward said case to? DETECTIVE SERGEANT JASON LANDERS
And
What by specific name is the "Proper Law Enforcement Investigative body" as you called it that was the recipient of aforementioned CASE? KNOX COUNTY SHERIFF'S DEPARTMENT INVESTIGATION DIVISION.

6/8/16

# Knox County Jail
## Grievance Form

**Deputy's Name and ID#** HAWKINS 89L   **Date Received** 06-07-16

### To: Jail Administrator

**Name:** Micah Mowen

**Date:** 6/7/2016

**Pod and Cell Number:** F113

**Nature of Grievance:** Obtuse & uncooperative Administration.

THERE IS NO BIAS AGAINST YOU, THE STATUS OF YOUR CASE IS JUST NOT WHAT YOU THINK IT SHOULD BE. 6/8/16

**Summary:**

It's horrifying to be assaulted by a staff member while in Jail. The manner in which I was assaulted magnifies it + how everything I have reached out to administration for help with this situation that occurred on 5/26/2016 has been met with bias responses as well as Negative + unproductive responses to any inquiry ive made.

Why am I having to fight for help + relief + Justice in this injustice against me with the uncooperative + uncompassionate to the Fleet Administration as if I am now dejected + Frowned upon for anything I ask for help in or inquire about as if ~~that~~ ive being punished as if I did something Wrong by coming forward.

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _HAWKINS 894_     Date Received _06-07-16_

### To: Jail Administrator

Name: _Micah Morrell_

Date: _6/7/2016_

Pod and Cell Number: _F-113_

Nature of Grievance: _Once again sidestepping involvement and/or responsibility. Case Number is imperative._

Summary: _Since you have refered me to "submit a freedom of information request to the Galesburg public safety building" Knowing they will not have any of the public video recording's from the day on 5/6/2016 in question. Nor will they have the recorded interview's etc. etc.... For your amusement I will send a request However. Can you enlighten me with a case number that will be needed to obtain this information._

THE GALESBURG PUBLIC SAFETY BUILDING (GALESBURG POLICE DEPT) DOES OUR RECORD KEEPING. THAT IS WHERE WE DIRECT ALL OF THESE REQUESTS OF THIS NATURE.... FOR EVERYONE.

I DON'T HAVE YOUR CASE NUMBER, BUT I WILL GET IT FROM SGT. LANDERS WHEN HE RETURNS TO WORK. _6/8/16_

# Knox County Jail
## Grievance Form

**Deputy's**
**Name and ID#** HAWKINS E9L   **Date Received** 06-07-16

### To: Jail Administrator

**Name:** Micah Mowen

**Date:** 6/7/2016

**Pod and Cell Number:** E-113

**Nature of Grievance:** Trying to pass responsibility of factual + actual abuse as well as disregard for my personal safety + peace of mind & feeling of living in security.

**Summary:** You you are the one who left word that you took me off of the trustee list in turn firing me as a kitchen worker. You did this without cause or explanation. Therefore It is you that has violated my 5th 8th + 14th Amendments.
you "Allegedly forwarding" the case regarding the incident against me Jon 5/13/16 to the "proper law enforcement investigative body." Does not relieve the fact of your excessive, undue, cruel + unusual punishment on me. Nor does it reduce the fact of you as the administrator denying me the right of Due Process.

ALREADY ANSWERED.

6/8/16

# Knox County Jail
## Grievance Form

**Deputy's Name and ID#** _Wm #864_    **Date Received** _6-12-16_

### To: Jail Administrator

**Name:** _Micah Mowen_

**Date:** _6/9/2016_

**Pod and Cell Number:** _F113_

**Nature of Grievance:** _Rediculas that I'm forced to wait for a case number under the explaination that only one person has or can get access to it._

**Summary:**
_No timeline of Sgt Landers return to work so you can aquire my case number._

_Shows the level of seriousness you have placed on the assault against me. It is very disturbing that this has been treated as if it's ok and that not one person but me is a henvinly appauled by this absolutely criminal behavior (against another human being especially from someone in authority to someone in custody._

_Disgusting comes to mind toward the acts as well as the purposfull disregaurd by (Gang members) involved (staff & officers )_

_I AM NOT HIS SUPERVISOR AND HE DOESN'T RUN HIS SCHEDULE PAST ME. I DON'T KNOW WHEN HE IS OR IS NOT GOING TO BE HERE._

_6/13/16_

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _HAWKINS 89L_     Date Received _06-20-16_

### To: Jail Administrator

Name: _Micah Mowen_

Date: _6-21-16_

Pod and Cell Number: _F-113_

Nature of Grievance: _Inaffective Grievance procedure
and/or respondant._

Summary: _15 Days, 3 Grievance's, 1
Request But Still No
Case Number._

1) YOU'VE ONLY ASKED FOR THIS ONCE.

2) I CAN'T COMPEL SGT. LANDERS TO PROVIDE THIS TO YOU.

_6/21/16_

*Excessive Punishment*
*Equal protection*

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# HAWKINS 89L        Date Received 06-20-16

### To: Jail Administrator

Name: Micah Mowen

PUT IN ANOTHER
SICK CALL REQUEST.
BSP 6/21/15

Date: 6-21-16

Pod and Cell Number: F-113

Nature of Grievance: Health problems caused by undue +
undeseared dureess + disreguard.
27 days, 1 sick call slip, 1 request slip
3 grievance's + Nothing as usual

Summary: Possibly Hives or ?? that I've never
had before as well as several other
issues surrounding the stress + constant
anxiety that I'm kept under.

Spoke with nurse 5/26/16 at which
Time she did nothing other than take my weight +
~~MAMAMY~~
Told me she would speake with a Doctor
+ call me back with Doctors recomendations
26 days + imense amounts of patients
Later...... Nothing....... Like
the results of every issue, complaint,
concern, Reports of assault + taunting I've made
except the money amount on the Kiosk which
was handle in fine fashion by Cheif Abernathy..

# Knox County Jail
## Grievance Form

**Deputy's Name and ID#** _Britt #846_      **Date Received** _6/5/16_

### To: Jail Administrator

**Name:** _Micah Mowen_

**Date:** _6/5/16_

**Pod and Cell Number:** _F-113_

WHY DID IT TAKE 2 MONTHS TO COMPLAIN ABOUT THIS "EXTREME PAIN"? THE DOCTOR MAKES MEDICAL DECISIONS, NOT JAIL ADMINISTRATION.

_6/6/16_

**Nature of Grievance:** _Negligent Medical._

Again; I am not a irrational or unreasonable man but this by any Standard is Life deprivingly outragous

**Summary:**

Seen the Nurse for potentially serious issues im having. the Nurse first off did not even take my vitals + Secoondly said she would confir with the Doctor + call me back for prognosis. This was on 5-26-16 and nothing. I also informed the nurse of part of this issue the Last week of may at which time was brushed off. At this same time in May was told I would be called back for a T.B. Test ~~xxxxxxxxxxxxxxxx~~ the following week in which this has never transpired. I do not want, to or enjoy any medical related contact and do not Appriciate being brushed off as if I am Seeking medical assistance Just for something to do. I have been in pain, at times extreme pain Since my Arrival March 17th and have been Very patient with the unbelievable disregard for my well being that I have been shown repeatedly. this is + has been cruel and unusual punishment of the 8th Amendment. It is Outragous that I have been forced to be in Such pain + distance for almost 3 month!

*Excessive punishment
Equal protection

(shows the progression)*

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _~~Sgt McClure~~_   Date Received _5-23-16_

### To: Jail Administrator

Name: _Micah Mowen_

Date: _5-23-16_

Pod and Cell Number: _F-113_

Nature of Grievance: _Still awaiting releif in the $13.⁰⁰ Theft from my account as well as a plan to rectify the Approxamatly $5.⁰⁰ zit cream That came in my Commisary in which I did not order nor take possesion of._

Summary: _The Original Grievance + response to the request that I be more spacfig was in the Last week of March. 2 month is ample Time to see that this matter be corrected. However it has not been Corrected nor responded to. It was theft of my funds then and has held this status to date. For 1 E-cig I would consider this matter square. thanks._

_if granted a Regular would suffice._

MONEY - _YOU HAVE NEVER HAD A $13.⁰⁰ CHARGE ON YOUR ACCOUNT THAT I CAN SEE._

IT CREAM - _YOU WERE THE ONE THAT ORDERED IT, OR ALLOWED SOMEONE ELSE TO. ON THE VIDEO, YOU AND ANOTHER INMATE, WHOM YOU APPEAR TO BE HELPING, ARE THE ONLY 2 PEOPLE NEAR THE PHONES AND KIOSKS AT THAT TIME._   5/31/16

# Knox County Jail
## Grievance Form

**Deputy's
Name and ID#** _Abbott #866_          **Date Received** _6/5/16_

### To: Jail Administrator

**Name:** _Micah Mowen_

**Date:** _6/5/2016_

**Pod and Cell Number:** _F-113_

ALREADY ANSWERED.
6/6/16

**Nature of Grievance:** _Redundancy of trying to have the fund that were unrightfully taken off of my account put back on or compensation relief received in some way. I am not a 2-bit Hustler or a theif or a Scammer Lou. I have given you more than ample time, information, figures etc. for you to do_

**Summary:** _the simple math yourself so you can see the discrepancy yourself. If you would like you can call me up to your office & I can do it for you. this from a discrepancy between the Kiosh amount taken & the actual + receipt given with Goods received. Approximatley 3-25-16._

_Now then the zit Cream for $5.08. The Kiosh calls this item peroxide which is what I wanted & what I ordened So this was not my or any ones Fault. It is + was a misunderstanding from the Kiosk's discription. Like any store. It is refundable & I expect you cod see that now. Such a simple thing is takeing Months of back & forth nonsense. So simple To make it right as it should be._

# Knox County Jail
## Grievance Form

**Deputy's
Name and ID#** _HAWKINS 891_          **Date Received** _06-07-16_

### To: Jail Administrator

**Name:** _Micah Mowen_

**Date:** _F 6/7/2016_

**Pod and Cell Number:** _F 113_

**Nature of Grievance:** A response without following thru does not and has not resolved this issue once again.

**Summary:**
Please do the math so you can see the discrepancy between the monetary balance between the kiosk and the paper receipts that came with needs are not the same. this is in different amounts that add up to the amount I have repeatedly told you.
Once again the kiosk says peroxide for $5.08 however the company sent zit cream. Not my fault in the least. If it had said zit cream I certainly would not have bought it.
Stop spinning me to get out of actually rectifying this. thanks

THE CREAM WAS $5.08, AND THAT'S WHAT YOU WERE CHARGED. WHERE IS THE DISCREPANCY?

BENZOYL PEROXIDE IS FOR ACNE, I'M SORRY THAT YOU DIDN'T KNOW WHAT YOU WERE ORDERING. IT'S NOT MISLEADING, THE PRODUCT MATCHES THE DESCRIPTION. _6/8/16_

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _Winn #864_        Date Received _6-12-16_

### To: Jail Administrator

Name: _Micah Mowen_

Date: _6/9/16_

Pod and Cell Number: _F-113_

Nature of Grievance: _Another of many responses to the same issue with absolutly no correction or resolution._

Summary:

_Since you claim that the Kiosk Listing of Benzoyl Peroxide is known to be the product labeled Zit Cream is not Misleading To anyone but me, evidently, I must have missed that in Chemistry and/or Comodity classes in College._

_So I will be expecting To receive this product that I did not take possesion of due to the fact of my ignorance in acne treatment did not match the description of peroxide to me._

_If I dont recive this creme that I didn't & dont want then I will look forward to the $5.08 credited to my account untaxed._

I WILL CHECK TO SEE IF WE STILL HAVE THE CREAM. IF SO, YOU MAY CERTAINLY. SINCE YOU REFUSED IT, WE MAY HAVE DISCARDED IT. WE WILL NOT BE REFUNDING AN ORDER THAT YOU PLACED.

Excessive Punishment
Equal protection

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# J. ZAEHRINGEX   #/595   Date Received 6-17-16

### To: Jail Administrator

Name: Micah Plower

Date: 6-15-16

Pod and Cell Number: F-113

Nature of Grievance: Food tampering

WE WILL MAKE IT CLEAR TO STAFF THAT THEY SHOULD NOT
JOKE AROUND WITH YOU FROM NOW ON.

6/17/16

Summary:
On 6-14-16 at approx 4:30 p.m. while trays
were being distributed, % Gonzalos was carrying
out this task. Upon getting to my assigned
cell @ F-113 as Gonzalos was putting my meal
portion on my chuck hole he informed me
that my "zit cream is mixed in with my food."
Horrified and in fear of being poisoned thru the
ingestion of my meal tampered with, I said
nothing and I flushed the food down the
Toilet, upon picking up the tray (now empty) Gonzalos
told me it was on the salad disguised as
Ranch. At which time I told him (Gonzalos) that
I flushed it & to mark me down as refusal.
He laughed and kept moving.
this "(zit cream) has been the topic and/or subject
of many grievances further adding insult to injury.
This has forced me to be fearfull of ingesting
any meal since for fear of my meal being
Tampered with and/or Poisoned. This has put me
in fear of my safety, Health, + Life from ingesting
potentially deadly chemicals thru the food provided.

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _HAWKINS 894_   Date Received _06-20-16_

### To: Jail Administrator

Name: _Micah Mower_

Date: _6-21-16_

Pod and Cell Number: _F-113_

Nature of Grievance: _Food Poisoning and/or tampering Considered + Labeled a JOKE by Administrator._

Summary: _Glad to see (or should I say Not surprised) to get the bias, incompationate, + Hatefull response from Administration that my food being tampered with, tainted, and/or Poisioned is a Joke. I have flushed every hot meal since the evening of 6/14/16, but it's obvious that this will have to be deqlt with by a 3rd Party much higher than you Lou._

_I DIDN'T SAY THAT POISONING WAS A JOKE. THE C/O'S CONVERSATION WITH YOU WAS A JOKE. AGAIN, STAFF WILL BE ORDERED TO NEVER JOKE AROUND WITH YOU SINCE IT HAS CAUSED YOU EMOTIONAL DISTRESS._

_6/21/16_

*Excessive Punishment*
*Equal protection*
*petition of Grievances*

# Knox County Jail
## Grievance Form

**Deputy's
Name and ID#** _Sgt Juan Martin_ **Date Received** _6-15-16_

### To: Jail Administrator

**Name:** _Micah Mowen_

**Date:** _6/14/16_

WHAT GRIEVANCE HAS NOT BEEN
ANSWERED? _DSS_ 6/16/16

**Pod and Cell Number:** _F-113_

**Nature of Grievance:** inaffective grievance procedure
unproductive + absolutely Bias if answered entirely
or at all. Such simple issues, + requests of information,
I am entitled Turn into weeks of Back + forth evasiveness
with no resolution. + blatent disregaurd

To: Lou Colossip

**Summary:**
As you Know I have sent a few grievances
for Administrative review. I have asked very
straight forward questions, Expressed very serious
concerns, Even offered Positive possible impact +/or
solution Ideas to some if not most that I
have presented through this grievance procedure.
However instead of something being done,
information being produced, questions Properly
answered I have been appalled to see all
grievances come back claiming to have been
answered when they have Obviosly not been
to anyone who is actually reading the grievance
in its entirly with a helpfull, Compassionate, open
mind with a determination to Resolve the issues,
+ answer questions + give information requested with
unbias manner the demonalizing responses
DO NOT reflect in any respect solutions, Answers,
corrective action, or compassion that reflect the
resposibilities, integrity, Nor are they in Conjuration
of what the Dept. of Corrections was created
+ stands for. in vission or in law.

Petition of Grievances

# Knox County Jail
## Grievance Form

**Deputy's
Name and ID#** HAWKINS89L    **Date Received** 06-20-16

### To: Jail Administrator

**Name:** Micah Mowen

**Date:** 10-21-16

**Pod and Cell Number:** F-113

**Nature of Grievance:** Unanswered Direct Questions within Grievances completely Ignored and unanswered.

**Summary:** Reread the Grievances I've already sent + that you have returned unanswered No matter the seriousness or importance of the Question.

I WILL NOT REVIEW PREVIOUSLY ADDRESSED GRIEVANCES.

6/21/16

# *LOCKDOWN NOTICE*

*Excessive Punishment*
*Due Process*
*Petition of Grievances*

**INMATE NAME:**   Micah Mowen

**DEPUTY:**   L. Glossip, Jail Administrator

**LOCKDOWN DATE:**   8/27/16 @ 11:50am

**RELEASE DATE:**   8/30/16 @ 11:50am

**REASON:**   Writing excessive or frivolous grievances
Disrespecting staff
Failure to follow staff orders

*Inmate Mowen has written no less than 9 requests or grievances relating to the same topic. Despite being advised in writing to stop on more than one occasion, he has failed to follow this order. His requests and grievances are often filled with language that is disrespectful and insulting to staff, which is also in violation of inmate rules that are clearly spelled out in the inmate handbook.*

---

## ATTENTION STAFF

## This form is for informational use ONLY and is not intended to replace the 'Unusual Occurrence Report'.

Excessive punishment

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _____ Qhn 623 _____   Date Received _5-26-16 0930_

### To: Jail Administrator

Name: _Micah Mowen_

Date: _5-26-16_

Pod and Cell Number: _F-113_

Nature of Grievance: _response to cruel + unusual + undeserved punishment
Being Locked down 38 out of 48 hours_

ALREADY ANSWERED. KAB 5/29/16

Summary: _You said "This is how we do buisness here.
you have plent off time to contact your family"
Saying I have plenty of time to contact my
family is a uneducated opinion, not a fact.
You have no idea my families' schedule or how much
contact we need from each other.
And this is how you do buisness, is a
awfull arrogant statement. why don't you try
being locked in a bathroom 38 out of 48 hours
where you can only sit lay down or stand
and see how you Like your Buisness outline
for yourself before you force other human beings
to endure your outline._

*Excessive Punishment*
*Equal protection*
*Petition of Grievances*
*Due Process*

# Knox County Jail
## Grievance Form

**Deputy's**
**Name and ID#** HAWKINS 894   **Date Received** 06-20-16

### To: Jail Administrator

**Name:** Micah Mowen

**Date:** 6-21-16

**Pod and Cell Number:** F-113

**Nature of Grievance:** Being Forced To outer limits of Mental, emotional, & physical endurance From Constant & Continuall belittlement, (Certain) disrespect, & disreguard from Administator/ion, Correctional officers as well as the Contracted Company responsible for physical health.

**Summary:** Lied to & put off So much it is Completly Outrageous.

IF YOU ARE FEELING EMOTIONALLY STRESSED, WE HAVE

MENTAL HEALTH COUNSELING SERVICES AVAILABLE.

6/21/16

*Excessive Punishment*
*Equal protection*
*Due Process*

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# HAWKINS 894     Date Received 06-20-16

### To: Jail Administrator

Name: Micah Mowen

Date: 6-21-16

Pod and Cell Number: F-113

Nature of Grievance: Demoralizing, Disrespectfull, unethical, Inhumane, injust, & uncalled for Treatment by Administator and Certain officers

Summary: Our Sentence is Our punishment But staff & Certain %o's find great pleasure in the constant torment & demoralization of inmates No matter the nature of the issue, approach, or level of assistance needed.

exact situations have been reported over & over & have always been dealt with with the utmost distain for inmates.

This creates a obvious NEED. for a 3rd party involvement at a much higher D.O.C. + political level.

JUST AS YOU STATED, THIS HAS ALREADY BEEN ADDRESSED.

6/21/16